FILED

01/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0620

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 21-0620

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

STEVEN JAMES CLIFTON,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an extension of time to and including February 22, 2023, within which to prepare, file, and serve the Appellant's opening brief on appeal in this.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 9 2023